# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM YUZEFPOLSKY | Case No. CV 18-10593-GW-ASx |
| Plaintiff, | Assigned To: Hon. George H. Wu |
| vs. | Magistrate: Hon. Alka Sagar |
| SOUTHWEST AIRLINES COMPANY and Does 1 through 20, inclusive, | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendant. | |

# ORDER

The Court has read and considered the foregoing "**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**" GOOD CAUSE HAVING BEEN SHOWN:

IT IS HEREBY **ORDERED:**

1. That Plaintiff VADIM YUZEFPOLSKY's Complaint is hereby dismissed with prejudice.
2. Each of the respective parties will bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: May 8, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

156.0050